```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 15426
    JAMES SHOULDERS
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-1158


--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 06/16/2008 and was not confirmed.

    The case was dismissed without confirmation 10/02/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
HSBC AUTO FINANCE          SECURED VEHIC     7729.00            .00           .00
HSBC AUTO FINANCE          UNSECURED         2239.93            .00           .00
CAPITAL ONE                UNSECURED        NOT FILED           .00           .00
N HALUK KITAPCI MD         UNSECURED        NOT FILED           .00           .00
GMAC                       UNSECURED        NOT FILED           .00           .00
MIDLAND CREDIT MANAGEMEN   UNSECURED          906.34            .00           .00
ROUNDUP FUNDING LLC        UNSECURED         3698.98            .00           .00
HSBC AUTO FINANCE          NOTICE ONLY     NOT FILED            .00           .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT      314.00            .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,500.00                          .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                        --------------      --------------
TOTALS                       .00                     .00




            PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 08 B 15426 JAMES SHOULDERS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/27/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE